| | |
|---|---|
| ALFRED BOURGEOIS, | ) USCA No. 20-1891 |
| | ) |
| Petitioner-Appellee, | ) Appeal from the United States |
| | ) District Court for the Southern |
| v. | ) District of Indiana, |
| | ) Terre Haute Division |
| T.J. WATSON, WARDEN, and | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) USDC No. 2:19-cv-392-JMS-DLP |
| Respondents-Appellants. | ) Hon. Jane Magnus-Stinson, *Judge.* |

## DOCKETING STATEMENT

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and by Christopher J. Smith, Attorney for the Department of Justice, Criminal Division, Appellate Section, pursuant to Rule 3(c) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit, states that:

1.     There are no prior or related appellate proceedings in this case.

2.     There is no prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

3.     The district court's jurisdiction rests on 28 U.S.C. § 2241, following the filing of a petition for writ of habeas corpus by the Petitioner, Alfred Bourgeois. Dkt. 1.

4.     In 2004, Bourgeois was convicted of one count of first-degree murder on federal property and was sentenced to death by a jury in the United States District Court

for the Southern District of Texas.  He is incarcerated at the United States Penitentiary located in Terre Haute, Indiana. Dkt. 1.

5.      In July 2019, the United States set a date to carry out Bourgeois's capital sentence, scheduling his execution for January 13, 2020.[1]

6.      On August 15, 2019, Bourgeois filed a motion for a stay of his execution. Dkt. 3.  The Respondents opposed the stay.  Dkt. 10.

7.      On March 10, 2020, the district court granted a stay of the execution in order to hold a hearing on the merits of Bourgeois's intellectual-disability claim.  Dkt. 18, at 2, 12.  On May 27, 2020, the district court denied the government's motion for reconsideration.  Dkt. 29.

8.      The United States seeks review of the orders staying the execution of Bourgeois, and denying reconsideration.  Dkt. 18, 19, 29.

9.      The United States filed a timely notice of appeal on May 28, 2020.  Dkt. 30.

10.      This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1292(a)(1).

---

[1] On November 20, 2019, in Case No. 19-mc-145, the United States District Court for the District of Columbia issued a preliminary injunction enjoining Bourgeois's execution until further order of the court. On November 25, 2019, the United States filed an emergency motion in the D.C. Circuit to stay or vacate the district court's preliminary injunction. *See* Case No. 19-5322 (D.C. Cir.). On April 7, 2020, the D.C. Circuit vacated the preliminary injunction and remanded the case to the district court. On May 22, 2020, the D.C. Circuit stayed issuance of the mandate to June 8, 2020, pending petitioners' potential application to the Supreme Court.

Respectfully submitted,

JOSH J. MINKLER
    United States Attorney
    Southern District of Indiana

PAULA C. OFFENHAUSER
    Assistant United States Attorney
    Southern District of Texas

BRIAN REITZ
    Assistant United States Attorney
    Southern District of Indiana

BRIAN A. BENCZKOWSKI
    Assistant Attorney General

s/Christopher J. Smith
CHRISTOPHER J. SMITH
    Attorney
    Appellate Section
    Criminal Division
    United States Department of Justice
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    (202) 532-4154
    Christopher.J.Smith@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following:

Katherine Thompson
Peter K. Williams
Office of the Federal Public Defender
*Attorneys for Alfred Bourgeois*

s/Christopher J. Smith
CHRISTOPHER J. SMITH
   Attorney, Appellate Section
   Criminal Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, DC 20530
   (202) 532-4154
   Christopher.J.Smith@usdoj.gov
