

_Appellate Section_                                    _Washington, D.C.  20530_

July 1, 2020

Mr. Christopher G. Conway
Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

> **Re: _Bourgeois v. Watson_, No. 20-1891 (CAPITAL CASE)**
> **Citation of Supplemental Authority Filed Pursuant to**
> **Federal Rule of Appellate Procedure 28(j)**

Dear Mr. Conway:

The government writes to inform the Court of developments relevant to its appeal of the district court's entry of a stay of execution in this capital case.  On June 25, 2020, the government filed its opening brief, as well as a motion to expedite this appeal.  In those documents, it informed the Court that Petitioner-Appellee Alfred Bourgeois and his co-plaintiffs in the execution-protocol litigation in the District of Columbia had petitioned for certiorari following the D.C. Circuit's decision to vacate the preliminary injunction issued in that matter.  _See_ Gov't Br. 3 n.3.  The government also informed the Court that on June 18, 2020, the Supreme Court granted the plaintiffs' motion for expedited consideration of that petition.  _See id._

Following the government's filings in this case, on June 29, 2020, the Supreme Court denied the execution-protocol plaintiffs' petition for a writ of certiorari, as well as their motion to stay the D.C. Circuit's mandate.  _See Bourgeois v. Barr_, __ S. Ct. __, 2020 WL 3492763 (June 29, 2020).  The Supreme Court's order confirms that the district court's stay order in this case remains the only impediment to the government's implementing the judgment of the United States District Court for the Southern District of Texas.  In light of the Supreme Court's expeditious consideration and disposition of the plaintiffs' petition for a writ of certiorari, and for all the reasons previously stated in the Government's Motion for Expedited Consideration of Appeal, the government reiterates its request that the Court decide this case with "appropriate dispatch."  _Barr v. Roane_, 140 S. Ct. 353, 353 (2019).

Respectfully submitted,

BRIAN A. BENCZKOWSKI
Assistant Attorney General

/s/ Christopher J. Smith
CHRISTOPHER J. SMITH
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.,
Room 1264
Washington, DC 20530
(202) 532-4154
Christopher.J.Smith@usdoj.gov

cc: All Counsel of Record

# CERTIFICATE OF SERVICE

I certify that on July 1, 2020, I caused the foregoing to be served upon the

Filing Users identified below through the Court's Case Management/Electronic Case

Files ("cm/ecf") system:

Victor J. Abreu
Katherine Thompson
Peter K. Williams
Office of the Federal Public Defender
*Attorneys for Alfred Bourgeois*

s/Christopher J. Smith
CHRISTOPHER J. SMITH
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 532-4154
Christopher.J.Smith@usdoj.gov
