# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 7, 2020

*By the Court:*

| No. 20-1891 | ALFRED BOURGEOIS, Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA, Respondents - Appellants |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 2:19-cv-00392-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson | |

The following is before the court:

1. **GOVERNMENT'S MOTION FOR EXPEDITED CONSIDERATION OF APPEAL**, filed on June 25, 2020, by counsel for the appellants.

2. **PETITIONER-APPELLEE'S OPPOSITION TO MOTION FOR EXPEDITED CONSIDERATION OF APPEAL**, filed on July 2, 2020, by counsel for the appellee.

**IT IS ORDERED** that the appellants' motion to expedite is **DENIED.**

form name: **c7_Order_BTC**(form ID: **178**)