# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

July 30, 2020

| | |
|---|---|
| No. 20-1891 | ALFRED BOURGEOIS,<br>Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA,<br>Respondents - Appellants |

**Originating Case Information:**

District Court No: 2:19-cv-00392-JMS-DLP
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

Upon consideration of the **PETITIONER-APPELLEE'S MOTION FOR LEAVE TO FILE SURREPLY BRIEF INSTANTER,** filed on July 30, 2020, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file instanter the tendered surreply brief and distribute it to the assigned merits panel.

form name: **c7_InstanterOrderFiled**(form ID: **123**)