# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

August 3, 2020

**By the Court:**

| | |
|---|---|
| ALFRED BOURGEOIS,<br>     Petitioner-Appellee, | ] Appeal from the United<br>] States District Court<br>] for the Southern District |
| No. 20-1891          v. | ] of Indiana, Terre Haute<br>] Division. |
| T. J. WATSON, Warden, and UNITED<br>STATES OF AMERICA,<br>     Respondents-Appellants. | ]<br>] No. 2:19-cv-00392-JMS-DLP<br>]<br>] Jane Magnus-Stinson,<br>]     Chief Judge. |

## O R D E R

A review of the brief of appellee reveal that appellee has not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a Jurisdictional Statement section in its brief and for it to state <u>explicitly</u> whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary."

Appellee's statement ignores the requirement of Circuit Rule 28(b). *See Baez-Sanchez v. Sessions*, 862 F.3d 638 (7th Cir. 2017) (Wood, C.J., in chambers). It is insufficient to state that appellee "concurs" with the Government's Jurisdictional Statement. Accordingly,

IT IS ORDERED that appellee file a paper captioned "Jurisdictional Statement" on or before August 10, 2020, that complies with the requirements of Circuit Rule 28(b), and if appellant's brief is both not complete and correct, Circuit Rule 28(a) also.

IT IS FURTHER ORDERED, that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellee's "Jurisdictional Statement" to the assigned merits panel.