No. 20–1891

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

ALFRED BOURGEOIS,
*PETITIONER-APPELLEE,*

v.

SUPERINTENDENT,
USP—TERRE HAUTE,
UNITED STATES OF AMERICA,
*RESPONDENTS-APPELLANTS.*

_____

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:19–cv–00392, Hon. Jane Magnus-Stinson, Chief J.

**PETITIONER-APPELLEE'S AMENDED
JURISDICTIONAL STATEMENT**

Pursuant to this Court's order dated August 3, 2020, Petitioner-Appellee

Alfred Bourgeois hereby submits the following amended Jurisdictional Statement,

which complies with Circuit Rule 28(b):

**STATEMENT OF JURISDICTION**

The jurisdictional summary contained in the opening brief submitted by

Respondents-Appellants on June 25, 2020 is complete and correct.

Respectfully submitted,

/s/ *Peter Williams*
Peter Williams
   *Counsel of Record*
Victor J. Abreu
Katherine Thompson
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215–928–0520

Dated: August 6, 2020

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on August 6, 2020, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams