No. 20–1891

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

ALFRED BOURGEOIS,
*PETITIONER-APPELLEE,*

v.

SUPERINTENDENT,
USP—TERRE HAUTE,
UNITED STATES OF AMERICA,
*RESPONDENTS-APPELLANTS.*

_____

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:19–cv–00392, Hon. Jane Magnus-Stinson, Chief J.

**PETITIONER-APPELLEE'S MOTION FOR
LEAVE TO FILE AN OVERLENGTH PETITION
FOR REHEARING EN BANC**

Petitioner-Appellee Alfred Bourgeois respectfully requests leave to file an

overlength petitioner for rehearing. In support of this request, Bourgeois states as

follows:

1.      On October 6, 2020, this Court issued an opinion in the above

captioned matter reversing the district court's March 10, 2020 order staying

Bourgeois's execution in connection with his petition filed pursuant to 28 U.S.C. §

2241. The Court also expedited the filing of any petition for rehearing, ordering

that it be filed within seven days of the October 6, 2020 opinion rather than the 45 days envision by Fed. R. App. P. 40(a)(1).

2.      Bourgeois requests permission to file an overlength petition for rehearing en banc. Bourgeois wishes to address the panel's decision as it relates to the *Atkins v. Virginia*, *Moore v. Texas*, 137 S. Ct. 1039 (2017), and *Moore v. Texas*, 139 S. Ct. 666 (2019); this Court's § 2241 jurisprudence; and the text and structure of the Federal Death Penalty Act. Counsel have attempted to meet the Court's limit of 3900 words, and have attempted to state Appellee's position as concisely as possible while still providing this Court with a professionally adequate briefing. However, counsel are unable to do so. Given the complexity of the issues and the significance of this case, counsel request permission to file an overlength brief of up to and including 4900 words.

3.      Counsel acknowledge that this motion is being filed on the same day that the petition is due. Given the expedited nature of the briefing schedule, Counsel began the reviewing the Court's opinion immediately, began drafting the petition soon after, and are still working on the petition now, but did not determine that a word limit extension would be needed until today.

Wherefore, it is respectfully requested that this Honorable Court grant leave for the filing of an overlength petition for reargument en banc.

Respectfully submitted,

/s/ *Peter Williams*
Peter Williams
 *Counsel of Record*
Victor J. Abreu
Katherine Thompson
Assistant Federal Defenders
Federal Community Defender Office for
 the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215–928–0520

Dated: October 13, 2020

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 308 words excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This motion complies with Fed. R. App. P. 27(d)(1)(E) and Seventh Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman.

/s/ *Peter Williams*
Peter Williams

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams