# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 13, 2020

*By the Court:*

| | |
|---|---|
| No. 20-1891 | ALFRED BOURGEOIS, Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA, Respondents - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 2:19-cv-00392-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson |

Upon consideration of the **PETITIONER-APPELLEE'S MOTION FOR LEAVE TO FILE AN OVERLENGTH PETITION FOR REHEARING,** filed on October 13, 2020, by counsel for the appellee,

**IT IS ORDERED** that the motion to file an overlength petition for rehearing en banc is **GRANTED.**

form name: **c7_Order_BTC**(form ID: **178**)