No. 20–1891

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

ALFRED BOURGEOIS,
*PETITIONER-APPELLEE,*

v.

SUPERINTENDENT,
USP—TERRE HAUTE,
UNITED STATES OF AMERICA,
*RESPONDENTS-APPELLANTS.*

_____

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:19–cv–00392, Hon. Jane Magnus-Stinson, Chief J.

## PETITIONER-APPELLEE'S MOTION FOR LEAVE TO FILE A REPLY *INSTANTER* TO APPELLANT'S RESPONSE TO THE PENDING PETITION FOR REHEARING OR REHEARING EN BANC

Petitioner-Appellee Alfred Bourgeois respectfully requests leave to file, *instanter*, a reply to the Government's response to Mr. Bourgeois's petition for rehearing or rehearing en banc. The brief reply is strictly limited to responding to Appellant's arguments about the Federal Death Penalty Act ("FDPA") and correcting inaccuracies regarding the 2011 adjudication of Mr. Bourgeois's intellectual disability claim in his 28 U.S.C. § 2255 proceedings. As to all other issues raised in Appellant's response, Mr. Bourgeois relies on his petition for rehearing.

In support of this request, Mr. Bourgeois states as follows:

1.      Although the Federal Rules of Appellate Procedure, as well as the Court's local rules, do not expressly provide for filing of a reply in support of a petition for rehearing, the Court has discretion to allow such a reply. *See*, *e.g.*, *Thayer v. Chiczewski*, 705 F.3d 237, 257 (7th Cir. 2012) (granting leave to file reply in support of rehearing); *Weinberg v. City of Chicago*, 320 F.3d 682, 683 (7th Cir. 2003) (noting that party filed a reply); *City of Chicago v. U.S. Dept. of Treasury*, 297 F.3d 672, 673 (7th Cir. 2002) (same).

2.      Mr. Bourgeois files his brief reply on the first business day following the filing of the Government's response, the deadline for which was not until November 10, 2020. Given the limited focus of the reply, the Court should exercise its discretion by granting the requested leave, so that it may reach a fully-informed determination of the issues presented in this important capital case.

Wherefore, it is respectfully requested that this Honorable Court grant leave for the filing of the attached reply in support of Mr. Bourgeois's petition for rehearing and rehearing en banc.

Respectfully submitted,

/s/ *Peter Williams*
Peter Williams
   *Counsel of Record*
Victor J. Abreu
Katherine Thompson
Assistant Federal Defenders
Federal Community Defender Office for
   the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 1910
215–928–0520

Dated: November 2, 2020

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 279 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This motion complies with Fed. R. App. P. 27(d)(1)(E) and Seventh Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman.

/s/ *Peter Williams*
Peter Williams

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams