# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## INSTANTER ORDER

November 3, 2020

| | |
|---|---|
| No. 20-1891 | ALFRED BOURGEOIS,<br> Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA, Respondents - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:19-cv-00392-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson | |

Upon consideration of the **PETITIONER-APPELLEE'S MOTION FOR LEAVE TO FILE A REPLY INSTANTER TO APPELLANT'S RESPONSE TO THE PENDING PETITION FOR REHEARING OR REHEARING EN BANC**, filed on November 2, 2020, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered reply to the answer to the petition for rehearing.

form name: **c7_InstanterOrderFiled**(form ID: **123**)