# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

*LEIGH M. SKIPPER*
CHIEF FEDERAL DEFENDER

PHONE NUMBER (215) 928-0520
FAX NUMBER (215) 928-0826
FAX NUMBER (215) 928-3508

*HELEN A. MARINO*
FIRST ASSISTANT FEDERAL
DEFENDER

November 20, 2020

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Re: *Bourgeois v. Watson, et. al.*, Case No. 20-1891

Dear Clerk of Court:

This letter is submitted pursuant to Fed. R. App. P. 28(j). I write to inform the Court that on this date, the Government informed Plaintiff-Appellee Bourgeois that it has scheduled his execution for December 11, 2020. A copy of the notice of the execution date is attached to this letter. The Government's announcement of an execution date comes notwithstanding the continuing validity of the stay of execution entered by the District Court on March 10, 2020, as well as the fact that Mr. Bourgeois's petition for rehearing remains pending in this Court, which has not issued its mandate.

Respectfully submitted,

/s/Peter Williams
Peter Williams, Counsel of Record
Victor J. Abreu
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams



# U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

November 20, 2020

Mr. Alfred Bourgeois
Reg. No. 98911-079
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Bourgeois:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on March 25, 2004, by Senior U.S. District Court Judge Janis Graham Jack of the United States District Court for the Southern District of Texas. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set December 11, 2020, as the date for your execution by lethal injection.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden

cc: The Honorable Janis Graham Jack, U.S. District Court (S.D. Texas)
Mr. David J. Bradley, Clerk of Court (S.D. Texas)
Mr. Ryan K. Patrick, United States Attorney (S.D. Texas)
Ms. Paula Offenhauser, Assistant United States Attorney (S.D. Texas)
Mr. Michael Wiseman, Federal Public Defender (E.D. Pennsylvania)
Mr. Victor Julio Abreu, Federal Community Defender (E.D. Pennsylvania)
Mr. Peter James Walker, Federal Community Defender (E.D. Pennsylvania)
Mr. Josh Minkler, United States Attorney (S.D. Indiana)
Mr. Joseph "Dan" McClain, U.S. Marshal (S.D. Indiana)