# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 3, 2020

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

       Re:  Alfred Bourgeois
           v. T. J. Watson, Warden, et al.
           No. 20-6500
           (Your No. 20-1891)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 2, 2020 and placed on the docket December 3, 2020 as No. 20-6500.

Sincerely,

**Scott S. Harris**, Clerk

by

Mara Silver
Advising Attorney/Emergency Applications

Clerk